AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

ALEXANDER OCASIO,

          Plaintiff,                JUDGMENT IN A CIVIL CASE

V.

                                  CASE NUMBER: **3:09-CV-00175-LRH-RAM**

HOWARD SKOLNIK, et al.,

          Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice to plaintiff's right to file an appropriate habeas corpus action raising the claims raised herein.

   __June 24, 2009__                       __**LANCE S. WILSON**__
                                               Clerk

                                     __/s/ D. R. Morgan___
                                          Deputy Clerk